IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HELEN HILLJE | ) | |
| | ) | Case No. 1:11-cv-0696 (DNH/DRH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT STIPULATION FOR AN |
| SOLARTECH RENEWABLES, LLC; | ) | EXTENSION OF TIME FOR |
| MANPOWER, INC.; JAMES KING, | ) | DEFENDANT MANPOWER INC. OF |
| | ) | NEW YORK TO ANSWER OR |
| Defendants. | ) | OTHERWISE PLEAD IN RESPONSE |
| | ) | TO PLAINTIFF'S COMPLAINT |

Counsel for Plaintiff, HELEN HILLJE, and counsel for Defendant, MANPOWER INC. OF NEW YORK (incorrectly named as "Manpower Inc.," hereinafter "Manpower"), hereby stipulate as follows: that Manpower shall be granted a twenty-one (21) day extension of time to answer or otherwise plead in response to Plaintiff's Complaint, making Manpower's answer or other responsive pleading due on or before August 17, 2011.

Dated: July 25, 2011

Respectfully Submitted,                                    Respectfully Submitted,

HELLEN HILLJE                                              MANPOWER INC. OF NEW YORK

By: _____                                By: _____
One of Her Attorneys                                       One of Its Attorneys

Patrick J. Boyd (Bar # 516966)                             Philip A. Goldstein (Bar # 514834)
The Boyd Law Group, PLLC                                   McGuireWoods, LLP.
370 Lexington Ave., Ste. 1705                              1345 Avenue of the Americas, 7th Floor
New York, NY 10017                                         New York, NY 10105
Pboyd@theboydlawgroup.com                                  pagoldstein@mcguirewoods.com
T: (212) 867-3675                                          T: (212) 548-2100
F: (212) 867-5765                                          F: (212) 548-2150

SO ORDERED:

_____
U.S.M.J.
7/25/11